DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHAEL A. RODRIGUEZ (NYBN 4938262)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Michael.Rodriguez@usdoj.gov

Attorneys for United States of America

**FILED**

Feb 03 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-19-207-JD |
| Plaintiff, | **NOTICE OF DISMISSAL AND ~~[PROPOSED]~~ ORDER** |
| v. | |
| MICHAEL ALBERT QUINN, RONALD MYRON DAVIS, and KELLY SUZANNE RYAN. | |
| Defendants. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses with prejudice the above-captioned Indictment against defendants Michael Albert Quinn, Ronald Myron Davis, and Kelly Suzanne Ryan.

DATED: January 29, 2021

                                Respectfully submitted,

                                DAVID L. ANDERSON
                                United States Attorney

                                  /s/
                                HALLIE HOFFMAN
                                Chief, Criminal Division

**[PROPOSED]** ORDER

Leave is granted to the government to dismiss with prejudice the Indictment filed against defendants Michael Albert Quinn, Ronald Myron Davis, and Kelly Suzanne Ryan.

Date: February 2, 2021



HONORABLE JAMES DONATO
United States District Judge

NOTICE OF DISMISSAL
Case No. CR-19-207-JD                                                                v. 7/10/2018